TOLBERT *v.* LONG, ordinary.

SH, C. J.　Under the facts of this case it is controlled by the decision his day rendered in *Bond* v. *Long;* and the writ of error will therefore dismissed.　　　*Writ of error dismissed.　All the Justices concur.*